IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLEVELAND LEE, SR.,

    Petitioner,

v.

JOHN PAQUIN, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-681-bbc

---

This action came for consideration before the court with District Judge Barbara Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Cleveland Lee for a writ of habeas corpus under 28 U.S.C. § 2254 is denied for his failure to show that he is in custody in violation of federal law.

_Peter Oppeneer_, Clerk of Court      4-5-2011